**STATE of Missouri, Respondent,**

v.

**Stephen BOWDEN, Appellant.**

**No. ED 101805**

Missouri Court of Appeals,
Eastern District,
***DIVISION FOUR.***

Filed: November 24, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 4, 2016

Application for Transfer Denied
March 1, 2016

Srikant Chigurupati, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Evan J. Buchheim, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Stephen Bowden (Defendant) appeals the judgment of conviction that the Circuit Court of the City of St. Louis entered after finding Defendant guilty of leaving the scene of a motor vehicle accident. Defendant claims the trial court abused its discretion in admitting hearsay testimony relating to the estimated cost of repairs for the damaged vehicle.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).